**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*June 04, 2026*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:26-cr-345** |
| | § | |
| **ECHEZONACHUKWU OBIANEFO** | § | **SEALED** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
### Forgery or False Use of a Passport
### (18 U.S.C. § 1543)

On or about June 10, 2021, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant

**ECHEZONACHUKWU OBIANEFO**

willfully and knowingly falsely made, forged, counterfeited, mutilated, and altered any passport and instrument purporting to be a passport, with the intent that said passport and instrument purporting to be a passport be used, contrary to the laws regulating the issuance of passports and rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1543.

### COUNT 2
### Fraud and Misuse of Visas, Permits, and other Documents
### (18 U.S.C. § 1546(a))

On or about June 10, 2021, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant

1

**ECHEZONACHUKWU OBIANEFO**

did knowingly possess a document prescribed by statute and regulation for entry into the United States and as evidence of authorized stay and employment in the United States, that is, a forged, counterfeit, altered and falsely made passport in the name of Beverly Hill, purporting to be issued by France, which the defendant knew to be forged, counterfeit, altered and falsely made.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT 3
### Possession of Five or More False Identification Documents
### (18 U.S.C. § 1028)

On or about June 10, 2021, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant

**ECHEZONACHUKWU OBIANEFO**

knowingly possessed, with intent to use unlawfully and transfer unlawfully, five or more false identification documents, namely, passports purportedly issued by foreign countries which were not lawfully issued for the use of the Defendant, and the Defendant's possession of the false identification documents was in and affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 1028(a)(3) and 1028(b)(6).

**A TRUE BILL**

ORIGINAL SIGNATURE ON FILE

_____

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney


By: *Michael Day*
MICHAEL E. DAY
Assistant United States Attorney

2